LYONS & FLOOD, LLP
65 W. 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400

Attorneys for Plaintiff
HORNBECK OFFSHORE TRANSPORTATION, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HORNBECK OFFSHORE TRANSPORTATION LLC,

                Plaintiff,

      -   against -

The Tug MARY E. HANNAH, her tackle, engines, boilers, etc., *in rem*; and HANNAH MARINE CORPORATION, *in personam*,

                Defendant.
-------------------------------------------------------------X

ECF CASE

08 Civ. 0594 (NRB)

**RULE 7.1**
**DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Plaintiff HORNBECK OFFSHORE TRANSPORTATION, LLC, certifies that the corporate parent: Hornbeck Offshore Services Inc., is publicly traded on the New York Stock Exchange.

     All other affiliates and/or subsidiaries of Hornbeck Offshore Services, Inc., are not publicly held.

Dated: January 23, 2008
       New York, New York

LYONS & FLOOD, LLP
Attorneys for Plaintiff
HORNBECK OFFSHORE TRANSPORTATION, LLC

By: _____
Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\FLOODDOC\2617008\Pleadings\Rule 7.1.doc