S:\FILES\5290_MSFT\PLEADINGS\RULE 7 1 DISCSTMT (2).DOC

BELGRADE AND O'DONNELL
20 North Wacker Drive
Suite 1900
Chicago, Illinois 60606
Telephone:  (312) 422-1700
Telecopier:  (312) 422-1717
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORNBECK OFFSHORE TRANSPORTATION LLC, <br><br> Plaintiff, <br><br> - v. - <br><br> The Tug MARY E. HANNAH, her tackle, engines, boilers, etc., *in rem*, and HANNAH MARINE CORPORATION, <br><br> Defendants. | 08 Civ. 594 (NRB) <br><br> Rule 7.1 Disclosure Statement <br><br> ECF CASE |

    Defendant, HANNAH MARINE CORPORATION, ("HANNAH"), by and through its attorneys, KENNEDY LILLIS SCHMIDT & ENGLISH, and BELGRADE AND O'DONNELL, P.C., states as its Federal Rule of Civil Procedure 7.1 Disclosure Statement as follows:

    There is no parent corporation and there is no publicly held corporation that owns 10% or more of HANNAH MARINE CORPORATION's stock.

1

Dated:  New York, New York              BELGRADE AND O'DONNELL
       March 27, 2008                  Attorneys for Defendants

                                       By: _____
                                         James Saranteas (JS3793)
                                         20 North Wacker Drive – Suite 1900
                                         Chicago, Illinois 60606
                                         Telephone:  (312) 422-1700

                                         KENNEDY LILLIS SCHMIDT & ENGLISH
                                         Local Counsel for Defendants

                                     By: _____
                                         Michael P. Hartman (MH8993)
                                         75 Maiden Lane – Suite 402
                                         New York, New York  10038-4816
                                         Telephone:  212-430-0800