S:\FILES\5287_MARY_E_HANNAH\PRO HAC\5287_O'DONNELL_ORDER.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt
75 Maiden Lane - Suite 402
New York, New York 10038-4816
Telephone:  (212) 430-0800
Telecopier:  (212) 430-0810

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORNBECK OFFSHORE TRANSPORTATION, LLC,<br><br>          Plaintiff,<br><br>     - v. -<br><br>The Tug MARY E. HANNAH, her tackle, Engines, boilers, etc., in rem, and HANNAH MARINE CORPORATION,<br><br>          Defendants. | 08 cv. 594 (NRB)<br>ECF CASE<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON ORAL MOTION<br>JOHN A. O'DONNELL |

Upon the motion of Charles E. Schmidt, attorney for Defendant Hannah Marine Corporation and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Applicant's Name:   John A. O'Donnell
Firm Name:          Belgrade and O'Donnell, P.C.
Address:            20 N. Wacker Drive
City/State/Zip:     Chicago, Illinois 60606
Phone Number:       (312) 422-1700
Fax Number:         (312) 422-1717
e-mail:             jodonnell@bodpc.com

is admitted to practice pro hac vice as counsel for Defendant Hannah Marine Corporation in the above captioned case in the

United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
         April 30, 2008

_____
United States District/Magistrate Judge